

# NUMBER 13-22-00019-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**EDGAR L. BRITT,**                                                                          **Appellant,**

**v.**

**MCALLEN NORTH IMAGING,**                                                                   **Appellee.**

---

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Longoria

This matter is before the Court on its own motion. On January 20, 2022, the Clerk of the Court notified appellant that his notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e) and 25.1(d) and was provided thirty days to correct the defects. On March 2, 2022, the Clerk of the Court again notified appellant of the defects and that the appeal was subject to dismissal for want of prosecution unless, within ten

days, appellant cured the defects, pursuant to Texas Rule of Appellate Procedure 42.3(b), (c). Additionally, on March 2, 2022, appellant was notified his docketing statement was past due. Appellant has failed to cure the defects in his notice of appeal, failed to file a docketing statement, and has not otherwise responded to the clerk's notices.

Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

NORA L. LONGORIA
Justice

Delivered and filed on the
12th day of May, 2022.